IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANITA ALDRETE

    Plaintiff,

vs.                                                            Case No. 2:20-cv-01214-KRS-SMV

WAL-MART SUPERCENTER #549;
WAL-MART ASSOCIATES, INC.;
WAL-MART INC.; JOHN DOES AND
JANE DOES I-V AND BLACK AND
WHITE CORPORATION I-V,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the Joint Motion to Dismiss With Prejudice, and the Court having reviewed the pleadings and being otherwise fully informed in the premises finds that such motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that all claims made or which could have been made by Plaintiff against Defendants are hereby dismissed with prejudice, each party to bear its own costs and fees.

_____
**HONORABLE KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: */s/ Tomas J. Garcia*
    Megan T. Muirhead
    Tomas J. Garcia
    500 Fourth Street NW, Suite 1000
    Albuquerque, New Mexico  87102
    Telephone: 505-848-1800
    megan.muirhead@modrall.com
    tomas.garcia@modrall.com
    *Attorneys for Wal-Mart Stores East, L.P.*

-and-

ZEBAS LAW FIRM, LLC

By: *Approved via e-mail 9/21/21*
    Joseph M. Zebas
    P.O. Box 1675
    Hobbs, NM  88241-1675
    Telephone: 575-393-1024
    joe.zebas@zebaslaw.com
    *Attorneys for Plaintiff*

File0001.DOCX